**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC, | Civil Action No.: Not Yet Assigned |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION | **COMPLAINT FOR PATENT INFRINGEMENT** |
| *Defendant.* | |

**COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND**

Plaintiff Empire Technology Development LLC ("Empire"), by and through its undersigned counsel, bring this complaint for patent infringement and damages against Defendant Intel Corporation ("Intel") and, in support, allege the following:

**NATURE OF THE CASE**

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, et seq., including 35 U.S.C. § 271 for the infringement of United States Patent No. 8,307,116 ("the '116 Patent" or "Asserted Patent").

2. Defendant Intel has been making, using, selling, offering for sale, and/or importing certain processors including the Xeon Scalable Processors and other processors containing the same or similar structures (the "Accused Products"), which infringe the Asserted Patent in violation of 35 U.S.C. § 271.

3. Empire seeks appropriate damages and prejudgment and post-judgment interest for Intel's infringement of the Asserted Patent.

1

**PARTIES**

4.      Plaintiff Empire is a limited liability company organized and existing under the laws of the State of Delaware.

5.      Empire is the current exclusive licensee of and has all substantial rights in and to the '116 Patent, including the right to sue for damages.

6.      On information and belief, Defendant Intel is a corporation duly organized and existing under the laws of the State of Delaware, having a regular and established place of business in the Western District of Texas, including at 1300 S. Mopac Expressway, Austin, Texas 78746. Intel is registered to do business in the State of Texas and has been registered since 1989 (Texas Taxpayer Number 19416727436 and SOS File Number 0008006206). Intel may be served through its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, TX 75201.

**JURISDICTION AND VENUE**

7.      Empire incorporates by reference the allegations in the preceding paragraphs.

8.      This civil action arises under the patent laws of the United States, 35 U.S.C. § 1 et seq., including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285. This is a patent infringement lawsuit over which this Court has subject matter jurisdiction under, inter alia, 28 U.S.C. §§ 1331, 1332, and 1338(a).

9.      This Court has personal jurisdiction over Intel in this action consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.

10.     Personal jurisdiction exists over Intel, because Intel, directly or through intermediaries, subsidiaries, agents, or representatives, makes, uses, sells, offers for sale, imports, advertises, makes available, and/or markets products and/or services including the Accused Products within Texas, including in the Western District of Texas, that infringe one or more claims

2

of the Asserted Patent. Further, Intel transacts and conducts business with residents of this District and the State of Texas, including through its facility at 1300 S. Mopac Expressway, Austin, Texas 78746. On information and belief, Intel, directly and through intermediaries, makes, uses, sells, offers for sale, imports, ships, distributes, advertises, promotes, and/or otherwise commercializes such infringing products and services in or into this District and the State of Texas. Intel regularly conducts and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of Texas.

11.    Empire's cause of action arises, at least in part, from Intel's contacts with and activities in and/or directed at this District and the State of Texas. On information and belief, Intel's Austin facility is a research and development center for approximately 1,400 employees focused on the design of System on a Chip (SoC) and microprocessor components, including the Accused Products.[1]

12.    This Court has personal jurisdiction over Intel pursuant to Tex. Civ. Prac. & Rem. Code § 17.041 *et seq*.

13.    Intel has previously agreed that it is subject to personal jurisdiction in the Western District of Texas. *See, e.g.*, *Advanced Cluster Systems, Inc. v. Intel Corp.*, No. 7:24-cv-00245-ADA, Dkt. 41, Answer, at ¶¶ 5-12 (W.D. Tex. Feb. 5, 2025); *Ascale Techs. LLC v. Intel Corp.*, No. 7:25-cv-00273-ADA, Dkt. 38, Answer, at ¶¶ 3-5 (W.D. Tex. Dec. 12, 2025).

14.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)-(d) and/or 1400(b). Intel, directly and/or through subsidiaries and intermediaries, has transacted business in

---

[1] https://www.youtube.com/watch?v=UXaTnKSYhN8;
https://www.intel.com/content/www/us/en/corporate-responsibility/intel-in-texas.html

this District and has committed acts of direct infringement in this District by, among other things, making, using, offering to sell, selling, and importing products that infringe the Asserted Patent. Intel also has a regular and established place of business in this District.

15.     Furthermore, Intel's Austin, Texas office employs approximately 1,400 individuals[2] and has numerous open job postings, particularly for microprocessor designs, many within the Xeon design group.[3]

16.     Upon information and belief Dell Computers, which is headquartered in Austin,[4] Texas, is one of Intel's largest customers of Xeon processors. In 2023 Dell accounted for 19% of

---

[2] https://www.intel.com/content/www/us/en/corporate-responsibility/intel-in-texas.html
[3] https://intel.wd1.myworkdayjobs.com/en-US/External/job/Senior-CPU-Microcode-Design-Engineer_JR0281752?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/CPU-Microcode-Design-Engineer_JR0281753?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/Platform-Reliability-Availability-and-Serviceability--RAS--Architect_JR0282175?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/IP-Design-Verification-Engineer_JR0280061?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/Power-Analysis-and-Optimization-Engineer_JR0280045?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/Sr-CPU-Logic-Design-Front-end-Methodology-Engineer_JR0281531?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/Senior-CPU-RTL-Design-Engineer_JR0281447?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/RTL-Design-Engineer_JR0281759?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/CPU-Physical-Design-Automation-Engineer_JR0279671?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/CPU-Microcode-Design-Engineer_JR0281753?locations=1e4a4eb3adf1016541777876bf8111cf;
https://intel.wd1.myworkdayjobs.com/en-US/External/job/Senior-RTL-Design-Engineer_JR0282206?locations=1e4a4eb3adf1016541777876bf8111cf
[4] https://salestools.io/en/report/dell-technologies-headquarters

Intel's revenue.[5] Moreover, upon information and belief, Dell works closely with Intel to incorporate Intel processors into its products.[6]

17.    Intel has previously agreed that venue is proper in the Western District of Texas. *See, e.g.*, *Advanced Cluster Systems, Inc. v. Intel Corp.*, No. 7:24-cv-00245-ADA, Dkt. 41, Answer, at ¶¶ 5-12 (W.D. Tex. Feb. 5, 2025); *Ascale Techs. LLC v. Intel Corp.*, No. 7:25-cv-00273-ADA, Dkt. 38, Answer, at ¶¶ 3-5 (W.D. Tex. Dec. 12, 2025).

## PATENT IN SUIT

18.    On November 6, 2012, the United States Patent and Trademark Office duly and legally issued the '116 Patent, entitled "Scalable Bus-based On-chip Interconnection Networks." A true and correct copy of the '116 Patent is attached as Exhibit A. The priority date of the '116 Patent is no later than June 19, 2009.

19.    The inventors of the '116 Patent were researchers at the University of Texas, and assigned all of their right, title, and interest in and to the '116 Patent to the Board of Regents of the University of Texas Systems, which remains the owner of the '116 Patent today.

20.    The Board of Regents of the University of Texas System granted an exclusive license under the '116 Patent (along with other patents) to Invention Development Management Company LLC ("IDMC"), Empire's predecessor. Specifically, the Board of Regents of the University of Texas System granted an exclusive license that transfers all substantial rights in, to and under, *inter alia*, the '116 Patent to IDMC pursuant to a License Agreement effective as of August 26, 2008, including the right to "causes of action and enforcement rights of any kind (whether such claims, causes of action or enforcement rights are known or unknown; currently

---

[5] Intel Corporation 2023 10-K at 86 (https://www.intc.com/filings-reports/annual-reports/content/0000050863-23-000006/0000050863-23-000006.pdf).
[6] https://www.intc.com/news-events/press-releases/detail/1726/intel-reports-fourth-quarter-and-full-year-2024-financial

pending, filed, to be filed; or otherwise) under the Patents and/or under or on account of any of the Patents for past, current and future infringement of the Patents, including without limitation, all rights to (i) pursue and collect damages, profits and awards of whatever nature recoverable. . ." in § 1.3(b) and in § 5.2 "all substantial rights under the Patents and, as a result, Licensee has the right to bring any future action or proceeding to enforce claims under the Patents in its own name, without naming Licensor as a party thereto."

21. IDMC then assigned the License Agreement and all rights and obligations under the agreement to its affiliate, Empire, effective June 5, 2017: "IDMC has agreed to assign to Empire all of its rights and obligations under the License Agreement with respect to all of the patents, patent applications and related rights licensed, assigned or otherwise granted to IDMC … and the right to sue for past, present and future infringement of such patents and patent applications or other intellectual property rights." Therefore, as the current exclusive licensee to the '116 Patent, Empire has all substantial rights in the '116 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

22. To the extent applicable, Empire has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the '116 Patent. Upon information and belief, and to the extent applicable, all owner(s) and licensee(s) of the '116 Patent—past and present—have also complied with the marking provisions of 35 U.S.C. § 287. Empire has satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for the infringement of the '116 Patent.

23. The '116 Patent is valid and enforceable.

24. The '116 Patent is generally directed to scalable on-chip/inter-node interconnection for chip multiprocessors and other "multinodal" processing arrays, motivated by the difficulty of

scaling traditional networked uniprocessor-style interconnects as core/node counts grow. The '116 Patent describes a multinodal array of processing nodes interconnected by communication channels and routing devices, where at least one channel is configured to carry data from a source node to two or more destination nodes, with the goal of reducing latency and hop count versus conventional multi-hop point-to-point routing. The network can include, for example, a mix of short point-to-point links, longer point-to-point links that "skip" intermediate nodes, and shared channels that act like a busway to send data from one node to multiple nodes, thereby improving scalability/performance and reducing the number of required channels.

25.    Prior-art multinodal processing architectures (e.g., single-chip multiprocessors/SoCs with on-chip interconnect networks) were expected to scale from "dozens to hundreds" of nodes, but in practice that scaling was not practical because existing interconnection networks were not easily scalable and generally did not efficiently accommodate larger multinodal processing architectures. The '116 Patent identifies several exemplary inefficiencies in then-existing on-chip interconnection topologies. First, packets often traverse a number of intermediate routing devices rather than flowing directly over a single channel, causing multiple "hops" between point-to-point connections, which wastes energy and creates high router latency. Second, some approaches try to reduce hop count by using a large number of dedicated point-to-point links, but those topologies may not be easily scalable and can result in low channel utilization.

26.    The claimed invention of the '116 Patent solves these prior art issues through the use of on-chip/multinodal interconnect architecture that reduces "hop" count and improves scalability/channel utilization by adding communication channels that can carry data from a single source node to multiple destination nodes. To address bandwidth inefficiency and

contention/latency issues that arise in scalable networks, the '116 Patent further describes exemplary embodiments including splitting/partitioning a channel into two or more split subchannels, with each split subchannel routing data to destination nodes. By grouping two or more subnodes within a node to share a routing device, the exemplary embodiment reduces the amount of routing resources needed and improves efficiency. Also, the exemplary embodiment configuration of channels means that a packet can reach a chosen destination node in at most two "hops," thereby reducing latency relative to multi-hop router-by-router forwarding.

27.    The University of Texas-based inventors of the '116 Patent appreciated the crucial role that multi-nodal processors such as the Accused Products would play in high-throughput computing.

28.    Inventor Dr. Stephen Keckler works in computer architecture, currently heading the Architecture Research Group at Nvidia, where he explores the future of high-performance computing systems. He obtained a B.S. in Electrical Engineering from Stanford University, followed by an M.S. and Ph.D. in Computer Science from the Massachusetts Institute of Technology. From 1998 to 2012, Dr. Keckler was a professor at the University of Texas at Austin, where he mentored students, including Dr. Grot, and conducted the research that led to the '116 Patent. Dr. Keckler continues to serve as an Adjunct Professor of Computer Science at the University of Texas at Austin today.

29.    Inventor Dr. Boris Grot obtained his Ph.D. in Computer Science from the University of Texas at Austin. On information and belief, his research there focused on the challenges of scaling on-chip networks and ensuring quality-of-service in densely integrated processors.

<u>**COUNT I:**</u>
<u>**INFRINGEMENT OF THE '116 PATENT**</u>

30.     Empire incorporates by reference the allegations in the preceding paragraphs.

31.     Intel has made, used, offered for sale, and/or sold the Accused Products that incorporate one or more of the inventions claimed in the '116 Patent within the United States. On information and belief the first generation of the Accused Products were launched in the United States between Q3 2017 and Q2 2018 and the third-generation products are currently on sale.

32.     Intel has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 1 of the '116 Patent in violation of 35 U.S.C. § 271, *et seq.*, by making, using, selling, and offering for sale the Accused Products in this District and in the United States.

33.     Claim 1 of the '116 Patent is reproduced below with the addition of labels [a], [b], [c], and [d] corresponding to portions of the claim.

1.     A system for routing data across a multinodal on-chip network, comprising:
[a] a multinodal array having a plurality of nodes, including a first node; and
[b] a plurality of physical communication channels extending along a first row of nodes in a horizontal direction of the array and along a second row of nodes in a vertical direction of the array so as to form a plurality of rows of physical communication channels, a first number of nodes from the plurality of nodes that are located along the first row being equal to a number of rows from the plurality of rows of physical communication channels that extend along the first row between the first number of nodes, and a second number of nodes from the plurality of nodes that are located along the second row being equal to a number of rows from the plurality of rows of physical communication channels that extend along the second row between the second number of nodes, the plurality of physical communication channels configured to connect

9

the plurality of nodes, including a first physical communication channel connecting the first node with at least two of the plurality of nodes;

[c] wherein the first physical communication channel is configured to route the data from the first node to the at least two of the plurality of nodes; and

[d] wherein the plurality of physical communication channels are arranged to route data between the first node and any of the plurality of nodes, including nodes other than the at least two of the plurality of nodes, using a maximum of two hops on the plurality of physical communication channels.

34.    The '116 Patent Accused Products satisfy each and every limitation of at least claim 1 of the '116 Patent, literally or under the doctrine of equivalents, as described in the non-limiting example set forth below. This non-limiting example is preliminary and is not intended to limit Empire's right to modify this non-limiting example or allege that other of Intel's products infringe the identified claim, or any other claims, of the '116 Patent.

**"1. A system for routing data across a multinodal on-chip network, comprising"**

35.    The Accused Products utilize a system for routing data across a multinodal on-chip network (e.g., routing data across the on-chip interconnect network with multiple processing nodes/cores).

36.    For example and as shown below, the Accused Products comprise a mesh network of nodes for data communication between multiples nodes/cores and as described below the Accused Products satisfy each of the claimed limitations.



https://www.intel.com/content/www/us/en/products/details/processors/xeon/scalable.html

37.     Intel characterizes this architecture as a "breakthrough CPU design."



https://www.networkworld.com/article/963929/intel-tightens-data-center-grip-with-xeon-scalable-processor-platform.html

**"[a] a multinodal array having a plurality of nodes, including a first node;"**

38.     On information and belief, the Accused Products comprise a multinodal array having a plurality of nodes (e.g., a mesh network of nodes such as an on-chip interconnect network with multiple processing nodes/cores), including a first node (e.g., source node).

39.     For example and as shown below, Intel's product literature describes the Accused Products as containing a new microarchitecture for a mesh network of nodes.

11

Intel Xeon processor Scalable family on the Purley platform is a new microarchitecture with many additional features compared to the previous-generation Intel® Xeon® processor E5-2600 v4 product family (formerly Broadwell microarchitecture). These features include increased processor cores, increased memory bandwidth, non-inclusive cache, Intel® Advanced Vector Extensions 512 (Intel® AVX-512), Intel® Memory Protection Extensions (Intel® MPX), Intel® Ultra Path Interconnect (Intel® UPI), and sub-NUMA clusters.

In previous generations two and four socket processor families were segregated into different product lines. One of the big changes with the Intel Xeon processor Scalable family is that it includes all the processor models associated with this new generation. The processors from Intel Xeon processor Scalable family are scalable from a two-socket configuration to an eight-socket configuration. They are Intel's platform of choice for the most scalable and reliable performance with the greatest variety of features and integrations designed to meet the needs of the widest variety of workloads.



Figure 2. New branding for processor models.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

Intel® Xeon® processor Scalable family Microarchitecture Overview

Figure 3. Block Diagram of the Intel® Xeon® processor Scalable family microarchitecture.

The Intel Xeon processor Scalable family on the Purley platform provides up to 28 cores, which bring additional computing power to the table compared to the 22 cores of its predecessor. Additional improvements include a non-inclusive last-level cache, a larger 1MB L2 cache, faster 2666 MHz DDR4 memory, an increase to six memory channels per CPU, new memory protection features, Intel® Speed Shift Technology, on-die PMAX detection, integrated Fabric via Cornelis Networks, Internet Wide Area RDMA Protocol (iWARP)*, Intel® Virtual RAID on CPU (Intel® VROC), and more.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



Figure 5. Intel Xeon processor Scalable family mesh architecture.

In addition to the improvements expected in the overall core-to-cache and core-to-memory latency, we also expect to see improvements in latency for IO initiated accesses. In the previous generation of processors, in order to access data in LLC, memory or IO, a core or IO would need to go around the ring and arbitrate through the switch between the rings if the source and targets are not on the same ring. In Intel Xeon processor Scalable family, a core or IO can access the data in LLC, memory, or IO through the shortest path over the mesh.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

**"[b] a plurality of physical communication channels extending along a first row of nodes in a horizontal direction of the array and along a second row of nodes in a vertical direction of the array so as to form a plurality of rows of physical communication channels, a first number of nodes from the plurality of nodes that are located along the first row being equal to a number of rows**

13

**from the plurality of rows of physical communication channels that extend along the first row between the first number of nodes, and a second number of nodes from the plurality of nodes that are located along the second row being equal to a number of rows from the plurality of rows of physical communication channels that extend along the second row between the second number of nodes, the plurality of physical communication channels configured to connect the plurality of nodes, including a first physical communication channel connecting the first node with at least two of the plurality of nodes;"**

40.     On information and belief, the Accused Products include a plurality of physical communication channels (e.g., vertical and horizontal communication paths) extending along a first row of nodes in a horizontal direction of the array (e.g., horizontal communication path) and along a second row of nodes in a vertical direction of the array (e.g., vertical communication path) so as to form a plurality of rows of physical communication channels (e.g., plurality of vertical and horizontal communication paths).

41.     On information and belief, the Accused Products also include a first number of nodes (e.g., row nodes/cores) from the plurality of nodes that are located along the first row (e.g., nodes/cores in the row) being equal to a number of rows from the plurality of rows of physical communication channels that extend along the first row between the first number of nodes (e.g., number of nodes/cores in the rows are equal to the number of communication channels that extend along the row).

42.     On information and belief, the Accused Products further include a second number of nodes (e.g., row nodes/cores) from the plurality of nodes that are located along the second row (e.g., nodes/cores in the column) being equal to a number of rows from the plurality of rows of physical communication channels that extend along the second row between the second number of nodes (e.g., number of nodes/cores in the columns are equal to the number of communication channels that extend along the column).

43.     On information and belief, the Accused Products include the plurality of physical communication channels (e.g., plurality of vertical and horizontal communication paths) as detailed above, which are configured to connect the plurality of nodes (e.g., nodes/cores in the on-chip interconnect network), including a first physical communication channel (e.g., horizontal communication path along the first row) connecting the first node (e.g., source node) with at least two of the plurality of nodes (e.g., nodes connected to the source node).

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

44.     As shown below for example, and upon information and belief, Intel Xeon Scalable Processors include an on-chip interconnect network with multiple processing nodes/cores. In this example and upon information and belief, the Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal of data from one core to another through a shortest path (e.g., hop on vertical path to correct row and hop across horizontal path to correct column).

15

Intel® Xeon® processor Scalable family Microarchitecture Overview



Figure 3. Block Diagram of the Intel® Xeon® processor Scalable family microarchitecture.

The Intel Xeon processor Scalable family on the Purley platform provides up to 28 cores, which bring additional computing power to the table compared to the 22 cores of its predecessor. Additional improvements include a non-inclusive last-level cache, a larger 1MB L2 cache, faster 2666 MHz DDR4 memory, an increase to six memory channels per CPU, new memory protection features, Intel® Speed Shift Technology, on-die PMAX detection, integrated Fabric via Cornelis Networks, Internet Wide Area RDMA Protocol (iWARP)*, Intel® Virtual RAID on CPU (Intel® VROC), and more.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

16



Figure 5. Intel Xeon processor Scalable family mesh architecture.

In addition to the improvements expected in the overall core-to-cache and core-to-memory latency, we also expect to see improvements in latency for IO initiated accesses. In the previous generation of processors, in order to access data in LLC, memory or IO, a core or IO would need to go around the ring and arbitrate through the switch between the rings if the source and targets are not on the same ring. In Intel Xeon processor Scalable family, a core or IO can access the data in LLC, memory, or IO through the shortest path over the mesh.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



Figure 10. Sub-NUMA cluster domains.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



https://www.servethehome.com/4th-gen-intel-xeon-scalable-sapphire-rapids-leaps-forward/4th-gen-intel-xeon-scalable-sapphire-rapids-die-packages/

## Intel® Ultra Path Interconnect (Intel® UPI)

The previous generation of Intel® Xeon® processors utilized Intel QPI, which has been replaced on the Intel Xeon processor Scalable family with Intel UPI. Intel UPI is a coherent interconnect for scalable systems containing multiple processors in a single shared address space. Intel Xeon processors that support Intel UPI, provide either two or three Intel UPI links for connecting to other Intel Xeon processors and do so using a high-speed, low-latency path to the other CPU sockets. Intel UPI uses a directory-based home snoop coherency protocol, which provides an operational speed of up to 10.4 GT/s, improves power efficiency through an L0p state low-power state, provides improved data transfer efficiency over the link using a new packetization format, and has improvements at the protocol layer such as no preallocation to remove scalability limits with Intel QPI.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



https://www.networkworld.com/article/963929/intel-tightens-data-center-grip-with-xeon-scalable-processor-platform.html

**"[c] wherein the first physical communication channel is configured to route the data from the first node to the at least two of the plurality of nodes;"**

45.     On information and belief, the Accused Products include the first physical communication channel (e.g., horizontal communication path along the first row) as detailed above, which is configured to route the data from the first node (e.g., source node) to the at least two of the plurality of nodes (e.g., nodes connected to the source node).

46.     As shown below, for example and upon information and belief, the source node routes data to all the nodes/cores in the mesh network of cores. In this example, the Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal of data from one core to another through a shortest path (e.g., hop on vertical path to correct row and hop across horizontal path to correct column). Also in this example and on information and belief, a node has direct connection with at least two nodes of the mesh network of the nodes.

Intel® Xeon® processor Scalable family Microarchitecture Overview



Figure 3. Block Diagram of the Intel® Xeon® processor Scalable family microarchitecture.

The Intel Xeon processor Scalable family on the Purley platform provides up to 28 cores, which bring additional computing power to the table compared to the 22 cores of its predecessor. Additional improvements include a non-inclusive last-level cache, a larger 1MB L2 cache, faster 2666 MHz DDR4 memory, an increase to six memory channels per CPU, new memory protection features, Intel® Speed Shift Technology, on-die PMAX detection, integrated Fabric via Cornelis Networks, Internet Wide Area RDMA Protocol (iWARP)*, Intel® Virtual RAID on CPU (Intel® VROC), and more.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



Figure 5. Intel Xeon processor Scalable family mesh architecture.

In addition to the improvements expected in the overall core-to-cache and core-to-memory latency, we also expect to see improvements in latency for IO initiated accesses. In the previous generation of processors, in order to access data in LLC, memory or IO, a core or IO would need to go around the ring and arbitrate through the switch between the rings if the source and targets are not on the same ring. In Intel Xeon processor Scalable family, a core or IO can access the data in LLC, memory, or IO through the shortest path over the mesh.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

## Intel® Ultra Path Interconnect (Intel® UPI)

The previous generation of Intel® Xeon® processors utilized Intel QPI, which has been replaced on the Intel Xeon processor Scalable family with Intel UPI. Intel UPI is a coherent interconnect for scalable systems containing multiple processors in a single shared address space. Intel Xeon processors that support Intel UPI, provide either two or three Intel UPI links for connecting to other Intel Xeon processors and do so using a high-speed, low-latency path to the other CPU sockets. Intel UPI uses a directory-based home snoop coherency protocol, which provides an operational speed of up to 10.4 GT/s, improves power efficiency through an L0p state low-power state, provides improved data transfer efficiency over the link using a new packetization format, and has improvements at the protocol layer such as no preallocation to remove scalability limits with Intel QPI.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

21

**Intel QuickAssist Technology**

Intel® QuickAssist Technology (Intel® QAT) accelerates and compresses cryptographic workloads by offloading the data to hardware capable of optimizing those functions. This makes it easier for developers to integrate built-in cryptographic accelerators into network, storage, and security applications. In the case of the Intel Xeon processor Scalable family on the Purley platform, Intel QAT is integrated into the hardware of the Intel® C620 series chipset (formerly Lewisburg) on the Purley platform and offers outstanding capabilities including 100 Gbs Crypto, 100Gbs Compression, 100kops RSA, and 2k Decrypt. Segments that can benefit from the technology include the following:

- Server: secure browsing, email, search, big-data analytics (Hadoop), secure multi-tenancy, IPsec, SSL/TLS, OpenSSL
- Networking: firewall, IDS/IPS, VPN, secure routing, Web proxy, WAN optimization (IP Comp), 3G/4G authentication
- Storage: real-time data compression, static data compression, secure storage.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

**Internet Wide Area RDMA Protocol (iWARP)**

iWarp is a technology that allows network traffic managed by the NIC to bypass the kernel, which thus reduces the impact on the processor due to the absence of network-related interrupts. This is accomplished by the NICs communicating with each other via queue pairs to deliver traffic directly into the application user space. Large storage blocks and virtual machine migration tend to place more burden on the CPU due to the network traffic. This is where iWARP can be of benefit. Through the use of the queue pairs it is already known where the data needs to go and thus it is able to be placed directly into the application user space. This eliminates extra data copies between the kernel space and the user space that would normally occur without iWARP.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

> **"[d] wherein the plurality of physical communication channels are arranged to route data between the first node and any of the plurality of nodes, including nodes other than the at least two of the plurality of nodes, using a maximum of two hops on the plurality of physical communication channels."**

47.     On information and belief, the Accused Products include the plurality of physical communication channels (e.g., plurality of vertical and horizontal communication paths) as detailed above, which are arranged to route the data between the first node (e.g., source node/core) and any of the plurality of nodes (e.g., intermediate nodes/cores and destination node/core), including nodes other than the at least two of the plurality of nodes, (e.g., destination node/core) using a maximum of two hops (e.g., (1) hop on vertical path to correct row, and further (2) hop across horizontal path to correct column) on the plurality of physical communication channels (e.g., plurality of vertical and horizontal communication paths).

22

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

48.      As shown in the examples below, and upon information and belief, Intel Xeon Scalable Processors include an on-chip interconnect network with multiple processing nodes/cores. In these examples and upon information and belief, the Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal of data from one core to another through a shortest path (e.g., (1) hop on vertical path to correct row and (2) hop across horizontal path to correct column).



Figure 3. Block Diagram of the Intel® Xeon® processor Scalable family microarchitecture.

The Intel Xeon processor Scalable family on the Purley platform provides up to 28 cores, which bring additional computing power to the table compared to the 22 cores of its predecessor. Additional improvements include a non-inclusive last-level cache, a larger 1MB L2 cache, faster 2666 MHz DDR4 memory, an increase to six memory channels per CPU, new memory protection features, Intel® Speed Shift Technology, on-die PMAX detection, integrated Fabric via Cornelis Networks, Internet Wide Area RDMA Protocol (iWARP)*, Intel® Virtual RAID on CPU (Intel® VROC), and more.

With additional cores per processor and much higher memory and I/O bandwidth in the Intel® Xeon® processor Scalable family, the additional demands on the on-chip interconnect could become a performance limiter with the ring-based architecture. Therefore, the Intel Xeon processor Scalable family introduces a mesh architecture to mitigate the increased latencies and bandwidth constraints associated with previous ring-based architecture. The Intel Xeon processor Scalable family also integrates the caching agent, the home agent, and the IO subsystem on the mesh interconnect in a modular and distributed way to remove bottlenecks in accessing these functions. Each core and LLC slice has a combined Caching and Home Agent (CHA), which provides scalability of resources across the mesh for Intel® Ultra Path Interconnect (Intel® UPI) cache coherency functionality without any hotspots.

The Intel Xeon processor Scalable family mesh architecture encompasses an array of vertical and horizontal communication paths allowing traversal from one core to another through a shortest path (hop on vertical path to correct row, and hop across horizontal path to correct column). The CHA located at each of the LLC slices maps addresses being accessed to specific LLC bank, memory controller, or IO subsystem, and provides the routing information required to reach its destination using the mesh interconnect.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html



Figure 5. Intel Xeon processor Scalable family mesh architecture.

In addition to the improvements expected in the overall core-to-cache and core-to-memory latency, we also expect to see improvements in latency for IO initiated accesses. In the previous generation of processors, in order to access data in LLC, memory or IO, a core or IO would need to go around the ring and arbitrate through the switch between the rings if the source and targets are not on the same ring. In Intel Xeon processor Scalable family, a core or IO can access the data in LLC, memory, or IO through the shortest path over the mesh.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

24



Figure 10. Sub-NUMA cluster domains.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

### Intel® Ultra Path Interconnect (Intel® UPI)

The previous generation of Intel® Xeon® processors utilized Intel QPI, which has been replaced on the Intel Xeon processor Scalable family with Intel UPI. Intel UPI is a coherent interconnect for scalable systems containing multiple processors in a single shared address space. Intel Xeon processors that support Intel UPI, provide either two or three Intel UPI links for connecting to other Intel Xeon processors and do so using a high-speed, low-latency path to the other CPU sockets. Intel UPI uses a directory-based home snoop coherency protocol, which provides an operational speed of up to 10.4 GT/s, improves power efficiency through an L0p state low-power state, provides improved data transfer efficiency over the link using a new packetization format, and has improvements at the protocol layer such as no preallocation to remove scalability limits with Intel QPI.

https://www.intel.com/content/www/us/en/developer/articles/technical/xeon-processor-scalable-family-technicaloverview.html

49.    Without permission from or compensation to Empire, Intel has sold—and continues to sell—substantial numbers of the Accused Products in the U.S. based on the pioneering technology in the '116 Patent.

50.    As a result of Intel's infringement of the '116 Patent, Empire has suffered monetary damages and seeks recovery in an amount adequate to compensate for Intel's infringement, but in

no event less than a reasonable royalty for the use made of the invention by Intel together with interest and costs as fixed by the Court.

## JURY DEMAND

51.    Pursuant to Federal Rule of Civil Procedure 38(b), Empire demands a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Empire respectfully requests judgment against Intel as follows:

A.    that this Court adjudge that Intel infringes the Asserted Patent;

B.    that this Court ascertain and award Empire damages under 35 U.S.C. § 284 sufficient to compensate for Intel's infringement, including but not limited to infringement occurring before the filing of this lawsuit;

C.    that this Court ascertain and award Empire any post-judgment ongoing royalties under 35 U.S.C. § 284 as may be appropriate;

D.    that this Court award Empire any applicable prejudgment and post-judgment interest; and

E.    that this Court award Empire such other relief at law or in equity as the Court deems just and proper.

## JURY DEMAND

52.    Pursuant to Federal Rule of Civil Procedure 38(b), Empire demands a trial by jury of all issues so triable.

Dated: April 17, 2026                                   Respectfully submitted,

*/s/ Timothy Dewberry*
Timothy Dewberry TX Bar. No. 24090074
Joseph M. Abraham TX Bar No. 24088879
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Ste. 120, No. 177

26

Austin, TX 78750
Tel: (737) 234-02-01
Email: timothy.dewberry@foliolaw.com
      joseph.abraham@foliolaw.com

C. Maclain Wells, CA Bar No. 221609
Cliff Win, Jr., CA Bar No. 270517
Alexandra Fellowes, CA Bar No. 261929
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N. Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: maclain@foliolaw.com
      cliff.win@foliolaw.com
      alexandra.fellowes@foliolaw.com

*Counsel for Plaintiff*
*Empire Technology Development, LLC.*

27