# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **EMPIRE TECHNOLOGY DEVELOPMENT LLC,** | Civil Action No.: 1:26-cv-00989-ADA |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **INTEL CORPORATION,** | |
| *Defendant.* | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following

schedule will govern deadlines up to and including the trial of this matter:

| Proposed Date | Event |
|---|---|
| July 27, 2026 | Deadline to file a motion to transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |
| August 24, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| September 8, 2026 | Parties exchange claim terms for construction. |
| September 22, 2026 | Parties exchange proposed claim constructions. |

1

| September 29, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|---|---|
| October 9, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| October 20, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| November 10, 2026 | Plaintiff files Responsive claim construction brief |
| November 24, 2026 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| November 24, 2026 | Defendant files Reply claim construction brief. |
| December 7, 2026 | Plaintiff files a Sur-Reply claim construction brief. |
| December 10, 2026 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| December 17, 2026 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| December 22, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| January 27, 2027 | *TENTATIVE* Markman Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| February 18, 2027 | Deadline to add parties. |
| March 9, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions[1]. |
| May 18, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. |
| July 29, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |

[1] In light of the contemplated simultaneous exchange of final contentions, Defendant Intel reserves rights to move for leave to further supplement its Final Invalidity Contentions in response to issues newly raised in Plaintiff Empire's Final Infringement Contentions. Empire stipulates that it will not unreasonably withhold its consent for Intel to file such a motion.

| | |
|---|---|
| August 26, 2027 | Close of Fact Discovery. |
| September 2, 2027 | Opening Expert Reports. |
| October 5, 2027 | Rebuttal Expert Reports. |
| October 21, 2027 | Close of Expert Discovery. |
| October 22, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer |
| October 28, 2027 | Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge." |
| October 27, 2027 | Dispositive motion deadline and *Daubert* motion deadline.  The cumulative limit for opening briefs for all dispositive motions is 40 pages per side and for all *Daubert* motions is 40 pages per side. |
| November 17, 2027 | All oppositions to dispositive motions and *Daubert* motions shall be filed and served on all other parties on or before this date.  Each response is limited to the pages utilized in the opening brief or by the local rules, whichever is greater, and the cumulative pages for responsive briefs shall be no more than cumulative pages utilized in the opening briefs. |
| November 24, 2027 | All replies for dispositive motions and *Daubert* motions shall be filed and served on all other parties on or before this date.  Reply brief page limits shall be governed by the local rules, but in no event shall the cumulative pages of reply briefs exceed 20 pages per side for all dispositive motions and 20 pages per side for all *Daubert* motions. |
| December 7, 2027 | By this date, the parties shall exchange exhibit lists, witness lists, and deposition designations.  Plaintiff shall serve drafts of jury instructions, verdict form, and joint pretrial order. |
| December 23, 2027 | By this date, the parties shall exchange any objections to exhibit lists, witness lists, and deposition designations, any rebuttal exhibit and witness lists, and any deposition counter-designations.  Defendant shall serve edits, counter-proposals, and objections to jury instructions, verdict form, and joint pretrial order.<br><br>By this date, the parties will also exchange a list of motions in limine to determine which may be agreed. |
| January 5, 2028 | By this date, the parties shall exchange any objections to rebuttal exhibit and witness lists and deposition counter-designations.  The parties shall also exchange any deposition counter-counter designations.<br><br>Plaintiff shall serve edits, counter-proposals, and objections to jury instructions, verdict form, and joint pretrial order.<br><br>By this date the parties shall also file motions *in limine*.  Cumulative page limit for all MILs is 15 pages per side. |

3

| January 12, 2028 | Deadline to meet and confer regarding jury instructions, verdict form, and joint pretrial order. |
|---|---|
| January 12, 2028 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| January 19, 2028 | By this date the parties will file Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, deposition designations).<br><br>By this date, the parties shall also file oppositions to motions in limine. Oppositions are limited to the pages utilized in the opening briefs, or by the local rules, whichever is greater.  The cumulative pages for oppositions shall be no more than cumulative pages utilized in the opening briefs.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted claims.  Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted claims.  If a change to the asserted claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| January 26, 2028 | File Notice of Request for Daily Transcript or Real Time Reporting. |
| January 26, 2028 | Deadline to file replies to motions in limine. Reply brief page limits shall be governed by the local rules, but in no event shall the cumulative pages of replies to motions in limine exceed 10 pages per side for all MILs. |
| February 2, 2028 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| February 8, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| February 23, 2028 | Final Pre-Trial Conference. Held in person unless otherwise requested. |
| March 20, 2028 | Jury Selection/Trial Commences at 9:00 a.m. |

**SIGNED** this 21st day of July, 2026.


_____
Alan D Albright
United States District Judge

4